UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCES HAYES,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>EVERGREEN CENTER, INC.<br><br>　　　　　　　Defendant. | Civil Action No. 4:21-cv-40029<br><br>[On removal from Worcester County Superior Court, Civil Action No. 2185CV00005] |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Evergreen Center, Inc. ("Evergreen") states that no publicly held corporation has a 10% or more ownership interest in Evergreen.

Respectfully submitted,
**EVERGREEN CENTER, INC.,**

By their attorneys

/s/ Richard S. Loftus
Richard S. Loftus (BBO# 670574)
　　*rloftus@hrwlawyers.com*
Kathleen A. Berney (BBO #697463)
　　*kberney@hrwlawyers.com*
Hirsch Roberts Weinstein LLP
24 Federal Street, 12th Floor
Boston, MA 02110
Phone: (617) 348-4300
Fax: (617) 348-4343

Dated: March 10, 2021

## **CERTIFICATE OF SERVICE**

    I, Richard S. Loftus, hereby certify that a true and accurate copy of the above document was served by first class mail upon counsel for Plaintiff on March 10, 2021.

                                           /s/ Richard S. Loftus
                                           Richard S. Loftus