UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Frances Hayes
_____
Plaintiff(s)

V.

Evergreen Center, Inc.
_____
Defendant(s)

CIVIL ACTION
NO. 21-40029-AK

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE Angel Kelley

☐ The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

☑ On November 9, 2022 I held the following ADR proceeding:

☐ SCREENING CONFERENCE   ☐ EARLY NEUTRAL EVALUATION
☑ MEDIATION   ☐ SUMMARY BENCH / JURY TRIAL
☐ MINI-TRIAL   ☐ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were ☑ /were not ☐   present in person or by authorized corporate officer [except _____].

The case was:

☑ Settled. Your clerk should enter a __60__ day order of dismissal. without prejudice.

☐ There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

☐ Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

☐ Suggested strategy to facilitate settlement:

11/9/2022
DATE

/s/ M. Page Kelley
ADR Provider

(ADRReportforpdf.wpd - 4/12/2000)