# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANCES HAYES, ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 21-CV-40029-AK |
| v. ) | |
| EVERGREEN CENTER, INC., ) | |
| Defendant. ) | |

## SETTLEMENT ORDER OF DISMISSAL

**A. KELLEY, D.J.**

The Court having been advised on November 9, 2022, that the above-entitled action has been settled:

It is hereby **ORDERED** that this action is hereby **DISMISSED** without costs and without prejudice to the right of any party, upon good cause shown, to re-open the action within sixty (60) days if settlement is not consummated.

Dated: November 9, 2022

By the Court,

/s/ Miguel Lara
Deputy Clerk