## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FRANCES HAYES,**<br>    Plaintiff<br><br>v.<br><br>**EVERGREEN CENTER, INC.,**<br>    Defendant. | CIVIL ACTION NO. 21-CV-40029-AK |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the undersigned parties stipulate that all claims that were or could have been asserted in the action be dismissed <u>with prejudice</u> and without costs, with all rights of appeal to be waived.

| FRANCES HAYES, | EVERGREEN CENTER, INC., |
|---|---|
| By her attorney, | By its attorneys. |
| */s/ Joseph R. Daigle*<br>Joseph R. Daigle, BBO No. 564203<br>DAIGLE LAW, P.C.<br>650 Ten Rod Road, Suite 128B<br>North Kingstown, RI 02852<br>Tel: (401) 379-9675<br>Fax: (401) 633-6217<br>*Jrd@jdaiglelaw.com* | */s/ Kathleen A. Berney*<br>Richard S. Loftus, BBO No. 670574<br>Kathleen A. Berney, BBO No. 697463<br>Hirsch Roberts Weinstein LLP<br>24 Federal Street, 12th Floor<br>Boston, Massachusetts 02110<br>Tel: (617) 348-4300<br>Fax: (617) 348-4343<br>*rloftus@hrwlawyers.com*<br>*kberney@hrwlawyers.com* |

Date:  December 1, 2022

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that this document, filed through the Electronic Case Filing (ECF) system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) December 1, 2022.

                                                         /s/Joseph R. Daigle